15 A.3d 42

**EQUITY ONE, INC.**

v.

**Charmaine Colon McCOULLUM.**

**Petition of Charmaine Prater.**

**No. 131 EM 2010.**

Supreme Court of Pennsylvania.

Dec. 1, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of December, 2010, the Petition for Review is **DENIED.**

15 A.3d 42

**EQUITY ONE, INC.**

v.

**Charmaine Colon McCOULLUM.**

**Petition of Charmaine Prater.**

**No. 129 EM 2010.**

Supreme Court of Pennsylvania.

Dec. 1, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of December, 2010, the Petition for Review is **DENIED.**